# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-11000
_____

Sprint Corporation,

*Plaintiff—Appellee*,

*versus*

Shichinin, L.L.C.,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2308

_____

ORDER:

    IT IS ORDERED that the joint unopposed motion of the parties to view and obtain sealed documents is GRANTED.

*Edith H. Jones*
Edith H. Jones
*United States Circuit Judge*